**§9. Photographing, Recording and Broadcasting [of Supreme Court Proceedings by the Pennsylvania Cable Network ("PCN")]**

**A.     General Provisions**

**1.  The Supreme Court reserves the right to restrict usage of all sound recordings and visual images taken in Supreme Court Courtrooms.  Photographing, recording and broadcasting in those areas are permissible only in accordance with the following provisions.**

**2. The Executive Administrator of the Supreme Court or his or her designee ("Executive Administrator") may permit photographing, recording and broadcasting in any Supreme Court Courtroom in his or her discretion.  Requests to photograph, record or broadcast sound or images for public or private use in any media, including, but not limited to, printed, online and video form, must be submitted to the Executive Administrator at least three business days before the proposed date of photographing, recording or broadcasting, or within a shorter period as the Executive Administrator may determine.  Requests to photograph, record or broadcast during scheduled Supreme Court proceedings will not be entertained.**

**3. Members of the general public visiting any Supreme Court Courtroom as a permitted guest or a participant in a supervised tour may take photographs or record sound or images for their private, non-profit use, unless otherwise directed by the Executive Administrator.  This provision does not authorize photographing, recording or broadcasting during scheduled Supreme Court proceedings.**

**4.  When a Supreme Court Courtroom is being used by an executive or legislative agency, board, commission or similar entity, sections A. 2.-3. shall not affect that entity's policies relating to photographing, broadcasting and recording.**

**B.     Photographing, Recording and Broadcasting of Supreme Court Proceedings by the Pennsylvania Cable Network ("PCN")**

**1.  General Provisions**

[1]a. The recording by [the Pennsylvania Cable Network ("PCN")]PCN of a proceeding before the Supreme Court for future broadcast on PCN is permissible only in accordance with this section.

**[2]b**. A request to be present to record a scheduled proceeding electronically for future broadcast on PCN must be made at least three business days before the proceeding. Such requests must be submitted to the Executive Administrator **[of the Supreme Court of Pennsylvania or his or her designee ("Executive Administrator")]** for approval by the Chief Justice. The Supreme Court shall maintain discretion to prohibit camera coverage of any proceeding, or any part thereof, due to the nature of the issues or the sensitivity of the subject matter of a proceeding.

**[3]c**. There shall be no coverage of a proceeding involving any case that has been designated as "sealed."

**[4]d**. There shall be no audio pickup or broadcast of conferences between co-counsel or among the Justices.

**[5]e**. The Supreme Court may limit or terminate coverage, or direct the removal of camera coverage personnel, when necessary to protect the rights of the parties or to assure the orderly conduct of the proceedings.

**[6]f**. The Supreme Court shall not incur any expense for equipment, wiring or personnel necessary to provide coverage by PCN.

**[7]g**. Introductory commentary, if any, shall be supplied by members in good standing of the Pennsylvania Bar approved by the Supreme Court.

**[8]h**. All coverage must be "gavel-to-gavel," including rebroadcasts, with the exceptions in **[A. 3.-5.]** **1. c.-e.**

**[9]i**. All copyrights to the broadcasts are the possession of the Supreme Court and may not be used without its approval. PCN shall provide the Supreme Court with DVD or videotape recordings of all sessions covered by PCN, whether or not broadcast or aired.

**[10]j**. Broadcasts are not permitted until a minimum of 48 hours after recording.

**[B]2. Equipment and Personnel**

**[1]a**. Only robotic cameras will be permitted in the courtroom. PCN personnel shall consult with the Executive Administrator to determine the location in the courtroom for the camera equipment and operators.

**[2]b**. Equipment shall not produce distracting sound or light. Signal lights or devices to show when the equipment is operating shall not be visible.

**[3]c**. Except as otherwise approved by the Executive Administrator, existing courtroom sound and light systems shall be used without modification. Audio pickup for all media purposes shall be accomplished from existing audio systems present in the court facility, or from a camera's built-in microphone. If no technically suitable audio system exists in the court facility, microphones and related wiring essential for media purposes shall be unobtrusive and shall be located in places designated in advance by the Executive Administrator.

**[4]d**. All equipment must be in place prior to the opening of the court session and shall not be removed until after the conclusion of the day's proceedings. Video recording equipment which is not a component part of a camera shall be located in an area remote from the courtroom. PCN personnel shall not enter or exit the courtroom once the proceedings are in session except during a recess or adjournment. PCN personnel shall wear appropriate attire in the courtroom.

**[5]e**. PCN personnel shall adhere to the direction of the Executive Administrator in matters such as security, parking, noise avoidance and other related issues.

**[C]3. Impermissible Use of Material**
None of the film, videotape, video discs, still photographs or audio reproductions developed during or by virtue of coverage of a proceeding shall be admissible as evidence in the proceeding from which it arose, in any proceeding subsequent or collateral thereto, or upon any appeal of such proceedings.